UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1192 CDP |
| | ) | |
| ASTARIS, LLC, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

In accordance with the judgment of the United States Court of Appeals for the Eighth Circuit entered on August 27, 2008,

**IT IS HEREBY ORDERED** that this case is remanded to the Missouri Circuit Court for the City of St. Louis.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this <u>19th</u> day of <u>September</u>, 2008.